# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

GMRI, INC.,

    Defendant.
                               /

Case No. 2:19-cv-10787

Hon. Avern Cohn

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.

                                      Respectfully Submitted,

                                      BLACKMORE LAW PLC

                                      */s/ Angela C. Spears*

                              By: Angela C. Spears
                                    Blackmore Law PLC
                                    Attorney for Plaintiff
                                    21411 Civic Center Drive, Suite 200
                                    Southfield, MI 48076
                                    P: (248) 845-8594
                                    E: george@blackmorelawplc.com
                                    P82653

Dated: March 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE on all ECF participants via the court's CM/ECF system and first-class mail, postage prepaid, addressed to the following non-ECF participants:

GMRI, Inc.
c/o Corporate Creations Network
28175 Haggerty Rd
Novi, MI 48377

*/s/ Angela C. Spears*
Angela C. Spears